# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AAA INSURANCE EXCHANGE, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12-cv-01234-GMN-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| BLACK & DECKER (U.S.) INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The Court has received the parties' Stipulated Discovery Plan and Scheduling Order (#14) filed September 25, 2012. The proposed Order before the Court does not comply with the requirements of LR 26-1. LR 26-1(e)(1) sets a period of 180 days as a presumptively reasonable amount of time in which to conduct discovery. The 180 days is measured from the date the first defendant answered or otherwise appeared. Discovery plans requesting longer than 180 days from the date the first defendant answers or appears require special scheduling review. Where such special scheduling review is requested, the plan shall state the reasons why longer or different time periods should apply. Accordingly,

**IT IS HEREBY ORDERED** that the Stipulated Discovery Plan and Scheduling Order (#14) is **denied**, without prejudice.

**IT IS FURTHER ORDERED** that the parties are to file a revised Discovery Plan and Scheduling Order in compliance with LR 26-1(d), including any request for special scheduling review,

. . .

. . .

. . .

no later than October 5, 2012.  The revised discovery plan should state the reasons why a longer discovery period should be granted.

DATED this 27th day of September, 2012.

                                          _____
                                          GEORGE FOLEY, JR.
                                          United States Magistrate Judge